IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ASHLEY STAMM-NORTHUP : CIVIL ACTION

v. : NO. 15-6776

JOSHUA JAMES DUGGAR

## ORDER

AND NOW, this 5th day of February 2016, upon consideration of the parties' Stipulation of Dismissal (ECF Doc. No. 24), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under agreement of the parties and Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

_____
KEARNEY, J.